```
                                                           FILED
                                                     U.S. DISTRICT COURT
                                                         AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

2005 NOV -3 PM 2: 10

CLERK _B/McCarthy_
SO. DIST. OF GA

| | |
|---|---|
| CLARENCE REDMOND LOGUE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 305-125 |
| ) | |
| CHERYL PARSONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 3rd day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE